USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/18/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY ROBLES,

Movant,

-against-

UNITED STATES OF AMERICA,

Respondent.

26-CV-6151 (JSR) (BCM)

20-CR-0227-2 (JSR)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during the telephonic conference this morning, no later than **November 25, 2026**, the Government must advise the Court by letter whether it intends to make a motion to dismiss on statute of limitations grounds in lieu of answering the petition. If the Government chooses to make a motion to dismiss, that motion will be due by **December 18, 2026**. If the Government chooses to answer the petition, the government may propose a schedule in its November 25 status letter.

The Government must promptly send to the Movant a revised attorney-client waiver form, as discussed during the conference this morning, along with a prepaid return envelope.

Dated: November 18, 2026
New York, New York

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**